THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES E. MAYS, Appellant. [919 NYS2d 457]—

Present—Centra, J.P., Carni, Lindley, Green and Gorski, JJ.